IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
    *Plaintiff*,

v.                                    Case No. **16-20019-01-CM-JPO**

**XAVIER COMACHO GUANTE,**
    *Defendant*.

**ORDER ON DEFENDANT GUANTE'S MOTION TO MODIFY
CONDITIONS OF RELEASE AND FOR RELEASE OF PASSPORT
(DOC. 34)**

The Court has before it Defendant Xavier Camacho-Guante's Motion to Modify Conditions of Release and for Release of Passport. The Court held a hearing on this motion on April 27, 2016. The defendant appeared not, but through counsel Branden Bell. The government appeared through Assistant United States Attorney Christopher Oakley.

For the reasons set forth on the record during the hearing on the motion, the Court finds that it should be **GRANTED.**

Condition 7(d) of the defendant's conditions of release is amended to permit the defendant to possess his passport from April 29, 2016 until May 6, 2016. The Clerk of the District Court for the Federal District of Kansas is ordered to surrender Xavier Camacho-Guante's passport to his attorney,

Branden Bell. Mr. Bell is ordered to forward the passport to Mr. Camacho-Guante's pretrial-services officer:

>Jessayln McCormick
>United States Pretrial Services
>500 Pearl Street
>Room 550
>New York, NY 10007

Mr. Camacho-Guante may retrieve his passport from Ms. McCormick no earlier than April 29, 2016 and must return it to her no later than May 6, 2016.

Condition 7(f) is amended to permit defendant to travel to the Dominican Republic on May 1, 2016 and return on May 5, 2016.

Condition 7(q) is suspended during the time of the defendant's travel, but shall immediately resume upon his return on May 5, 2016. His location-monitoring device is to be removed by pretrial services on April 29, 2016 and then replaced on May 6, 2016, when Mr. Camacho-Guante surrenders his passport.

**IT IS SO ORDERED.**

 April 27, 2016               _James P. O'Hara_
---------------              ---------------------
Date                          James O'Hara
                              Magistrate Judge