IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
    *Plaintiff*,

v.                                Case No. **16-20019-01-CM**

**XAVIER COMACHO GUANTE,**
    *Defendant.*

**ORDER AMENDING PRETRIAL RELEASE CONDITIONS**

NOW on this 11th day of October, 2016, the above-entitled matter comes before the Court upon defendant Xavier Comacho-Guante's motion to amend his pretrial release conditions (ECF doc. 65).

The Court, after reviewing the motion and being fully advised in the premises, finds there is good cause to amend Mr. Comacho-Guante's pretrial release conditions to allow him to stay in the Dominican Republic for an additional 45 days to obtain a new passport.

**IT IS THEREFORE ORDERED** that Mr. Camacho-Guante's conditions of release are amended to allow him to allow him to stay in the Dominican Republic for an additional 45 days to obtain a new passport.

                                                          */s/ James P. O'Hara*
                                                  JAMES P. O'HARA
                                                  U.S. MAGISTRATE JUDGE